**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| ELADIO GOMEZ-VELAZCO,<br>*Petitioner*, | Nos.  14-71747<br>14-73303 |
| v. | Agency No.<br>A205-829-885 |
| JEFFERSON B. SESSIONS III, Attorney General,<br>*Respondent*. | ORDER |

Filed May 31, 2018

Before:  Paul J. Watford and John B. Owens, Circuit Judges, and Gloria M. Navarro,[*] Chief District Judge.

## ORDER

A judge of the court sua sponte requested a vote on whether to rehear this case en banc.  A vote was taken, and the matter failed to receive a majority of the votes of the non-recused active judges in favor of en banc consideration. *See* Fed. R. App. P. 35(f).  Rehearing en banc is **DENIED**.

---

[*] The Honorable Gloria M. Navarro, Chief United States District Judge for the District of Nevada, sitting by designation.